**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

October 27, 2026

**<u>VIA ECF</u>**
Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *C.E. v. New York City Public Schools*, 26-cv-301 (JPC)(SN)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 90-day extension of the stay of this action, from November 2, 2026 until February 1, 2027. Plaintiff consents to this request, and provided the needed billing records on October 23, 2026. On March 27, 2026, the Court granted Defendant's first request for an extension of the Answer deadline. (ECF 8). On July 29, 2026, the Court granted Defendant's first request to stay. (ECF 10).

We note that, while this is an IDEA fees-only case and liability is not at issue, without the relevant billing, Defendant was not able to begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests that the case stay be extended until February 1, 2027, with a next joint status letter due that same date.

Thank you for considering this request.

Respectfully submitted,
*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

The request is granted. The stay is extended to February 1, 2027, and Parties shall file a joint status letter regarding settlement negotiations by the same date. The Clerk of Court is respectfully directed to close Docket Number 11.
SO ORDERED.
October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge